IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 15-cv-1241-CBS

JASON COFONE,
    Plaintiff,
v.

ABSOLUTE ENTERPRISES, INC., and
WES NEWBERRY
    Defendants.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

Upon the filing of the Stipulated Motion to Dismissal with Prejudice (dated July 22, 2015) (Doc. # 15), this civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), with each party to bear his or its own costs and attorney fees.

DATED at Denver, Colorado, this 24th day of July, 2015.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge

1